# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANGELA YANEZ,<br>　aka "Angela Kelsey",<br><br>　　　　　Defendant. | Case No.: 20-CR-1499-DMS<br><br>**ORDER WITHDRAWING PLEA** |

Upon the joint motion of the Parties, and good cause appearing therefrom, it is hereby ordered that Defendant Angela Yanez's guilty plea, which was tendered to Magistrate Judge Mitchell D. Dembin on July 9, 2020 (ECF. No. 17), and accepted by this Court on July 31, 2020, (ECF No. 20), is withdrawn.

**IT IS SO ORDERED.**

DATED: April 8, 2021

_____
Honorable Dana M. Sabraw
United States District Chief Judge